## Mark Randall DAVIS, Appellant,

### v.

Frank ATKINSON, Sheriff, Sebastian County, Arkansas; John Doe, Jailer, Sebastian County Detention Center, Appellees.

### No. 03–2593.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 29, 2003.

Decided Sept. 4, 2003.

Mark Randall Davis, #96353, BKS #6, Arkansas Department of Corrections, Newport, AR, for Plaintiff–Appellant.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

Arkansas inmate Mark Randall Davis appeals from the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action. Upon careful review of the record,

we conclude that dismissal was proper for the reasons the district court stated. Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

A true copy.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites

Jones, United States Magistrate Judge for the Western District of Arkansas.